UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-262-FDW

| | |
|---|---|
| RICARDO EDWIN LANIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HENDERSON COUNTY DETENTION ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the pro se Plaintiff's "Motion for Order of Identification," (Doc. No. 15), in which Plaintiff seeks an order from the Court requiring Defendants to provide Plaintiff with the names of the individuals working in the control booth of the Henderson County Detention Center on October 20, 2015, when Plaintiff was allegedly assaulted by two other inmates. In his Amended Complaint, Plaintiff alleges that various unknown "control booth officers" failed to intervene to stop the alleged assault on Plaintiff.

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for Order of Identification," (Doc. No. 15), is **GRANTED** to the extent that Plaintiff may serve limited discovery requests on Defendants. That is, Plaintiff may serve requests on Defendants seeking the names of individuals working in the control booth at the time of the incident at issue. Plaintiff shall serve these discovery requests directly on Defendants rather than filing them with the Court.

Frank D. Whitney
Chief United States District Judge

1